**CV-06-1489**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

CHARLES SCHWARZ,

                Petitioner,

-against-

UNITED STATES OF AMERICA,

                Respondent.

--------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 3 1 2006 ★
BROOKLYN OFFICE

CV __-__ (RR)
CR 02-366 (RR)

ORDER

APPEARANCES

    DIARMUID WHITE
    BRENDAN WHITE
    White & White
    148 East 78th Street
    New York, NY 10021
    RONALD P. FISCHETTI
    950 Third Avenue
    New York, NY 10022
    Attorneys for Petitioner

    THE HONORABLE ROSLYNN R. MAUSKOPF
    UNITED STATES ATTORNEY
    EASTERN DISTRICT OF NEW YORK
        147 Pierrepont Street
        Brooklyn, New York 11201
        By: Eric O. Corngold, Chief Assistant United States
        Attorney, Barbara D. Underwood, Counsel to the United
        States Attorney
        Attorneys for Respondent

2

RAGGI, District Judge:

Petitioner's motion to vacate his sentence under 28 U.S.C. § 2255 is hereby GRANTED for the reasons stated orally by the court on March 29, 2006. The previous judgment of conviction, entered on September 27, 2002, is VACATED and the case is set for resentencing.

<u>SO ORDERED.</u>

Dated:   Brooklyn, New York
         March 30, 2006

> s/Reena Raggi
> ────────────────
> REENA RAGGI
> UNITED STATES DISTRICT JUDGE